No. 86–632.  McMahan et al. *v.* United States.  C. A. 4th Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *McNally* v. *United States, ante,* p. 350.

No. 86–700.  Vodila *v.* Clelland et al.  C. A. 6th Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Goodman* v. *Lukens Steel Co.,* 482 U. S. 656 (1987), and *Saint Francis College* v. *Al-Khazraji,* 481 U. S. 604 (1987).

No. 86–905.  Philadelphia Electric Co. *v.* Black Grievance Committee et al.  C. A. 3d Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Pennsylvania* v. *Delaware Valley Citizens' Council for Clean Air, ante,* p. 711.

No. 86–1490.  McWherter, Governor of Tennessee, et al. *v.* Brooks.  C. A. 6th Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Pennsylvania* v. *Delaware Valley Citizens' Council for Clean Air, ante,* p. 711.  Justice Blackmun dissents and would deny certiorari.

No. 86–1628.  Tellis *v.* United States Fidelity & Guaranty Co. et al.  C. A. 7th Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Agency Holding Corp.* v. *Malley-Duff & Associates, Inc., ante,* at 156.

No. — – ——.  Great American First Savings Bank *v.* United States; and

No. — – ——.  Rogers *v.* Platt et al.  Motions to direct the Clerk to file the petitions for writs of certiorari out of time denied.

No. A–2.  Dugger, Secretary, Florida Department of Corrections *v.* Agan.  Application of the Attorney General of Florida for an order to vacate the stay of execution of sentence of death entered by the United States Court of Appeals for the Eleventh Circuit, presented to Justice White, and by him referred to the Court, denied.